Chicago Opera Association, appellant, v. Chicago Railways Company and Chicago City Railway Company, appellees. Gen. No. 29,640.

Trespass on the case. Judgment for the defendants. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Joseph H. Hinshaw, for appellant; Dana R. Simpson, of counsel. Charles C. Cunningham and Watson J. Ferry, for appellees; John R. Guilliams and Frank L. Kriete, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

George Silas and James Stavropulas, trading as Victoria Lunch Company, plaintiffs and appellees, v. Reliable Store Fixture Company and Sol Spitzer, defendants, on appeal of Sol Spitzer, appellant. Gen. No. 29,782.

Action for conversion of chattels. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925.

M. M. Jacobs, for appellant. Morris & Allen, for appellees; Seymour J. Frank, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Mary J. Hamilton, residuary legatee under the last will and testament of David G. Hamilton, deceased, appellee, v. City of Chicago, appellant. Gen. No. 29,791.

Action for money had and received. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Francis X. Busch, Corporation Counsel, and F. T. Huening, Assistant Corporation Counsel, for appellant; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Samuel M. Booth, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Harry Hechtman, appellee, v. Sidney-Morris & Company, appellant. Gen. No. 29,816.

Action on contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Jos. W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Benjamin C. Bachrach, for appellant; Millard C. Eiseman, of counsel. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Arthur G. Elliott, appellant, v. Blanche Elliott, appellee. Gen. No. 29,448.

Action for divorce. Judgment for the defendant. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the third division of this court for the first